Paul M. Levine (007202)
Matthew A Silverman (018919)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
HSBC Mortgage Corporation (USA), its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Mike Zitta,<br>Irena Zitta,<br><br>　　　　Debtors.<br>_____<br>Mike Zitta, Irena Zitta,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HSBC Mortgage Corporation (USA),<br>　　　　Defendants. | In Proceedings Under<br><br>Chapter 11<br><br>Case No. 2:09-bk-19154-SSC<br><br>Adversary No. 2:10-ap-01067-SSC<br><br>**ANSWER TO COMPLAINT TO DETERMINE THE VALIDITY, PRORITY OR EXTENT OF A LIEN OR OTHER INTEREST IN PROPERTY**<br><br>**RE: 4704 E. Matt Dillon Trail Cave Creek, Arizona 85331** |

HSBC Mortgage Corporation (USA), ("Defendant"), by and through its undersigned attorney, for its Answer to Plaintiffs' Compliant Defendant admits, denies and alleges as follows.

1. In response to the allegations contained in paragraph one of Plaintiffs' Compliant Defendant admits that this Court has jurisdiction.

2. In response to paragraphs two (2) through three (3) of Plaintiffs' Complaint Defendant admits the allegations contained therein.

3. In response to the allegations contained in paragraph four (4) of Plaintiffs' Complaint Defendant denies the allegations contained therein.

4. In response to the allegations contained in paragraph five (5) of Plaintiffs' Complaint Defendant admits that it is the holder of the Note that is Secured by a perfected first position Deed of Trust on the subject property.

5. In response to the allegations contained in paragraph six (6) of Plaintiffs' Complaint Defendant denies the allegations contained therein.

6. In response to the allegations contained in paragraph seven (7) of Plaintiffs' Complaint Defendant denies the allegations contained therein.

7. Defendant denies each and every allegation not specifically admitted herein.

WHEREFORE, Defendant, Aurora Loan Services, Inc. requests that the Court enter its Order:

    A. Denying the relief requested by Plaintiff; and

    B. For such other and further relief as the Court deems just and equitable.

| | |
|---|---|
| 1 | |
| 2 | DATED: July 15, 2010 |
| 3 | **McCarthy ◆ Holthus ◆ Levine** |
| 4 | |
| 5 | By: /s/ Matthew A Silverman |
| 6 | Matthew A Silverman, Esq.<br>3636 North Central Avenue |
| 7 | Suite 1050<br>Phoenix, AZ 85012 |
| 8 | Attorneys for Movant |

On 7/15/10, I served the foregoing documents described as **ANSWER TO COMPLAINT TO DETERMINE THE VALIDITY, PRORITY OR EXTENT OF A LIEN OR OTHER INTEREST IN PROPERTY** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTORS
Joseph W. Charles
attyjcharles@joecharles.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Alexandru Nicolau

On 7/15/10, I served the foregoing documents described as **ANSWER TO COMPLAINT TO DETERMINE THE VALIDITY, PRORITY OR EXTENT OF A LIEN OR OTHER INTEREST IN PROPERTY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Office of The U.S. Trustee
230 North First Avenue Suite 204
Phoenix, AZ 85003

COUNSEL FOR DEBTORS
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

DEBTORS
Mike Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395

Irena Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395

| | |
|---|---|
| 1 | **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** |
| 2 | |
| 3 | /s/ Warb Wilcox |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |